1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  RITA F. LIN (CABN 236220)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6511
7      FAX: (415) 436-7234
       Rita.Lin@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| UNITED STATES OF AMERICA, | ) NO. CR 15-00457 WHA |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 29, 2015 THROUGH OCTOBER 27, 2015 |
| v. | ) |
| PABLO ANGELO OLIVAR, | ) |
| Defendant. | ) |

        The defendant, PABLO ANGELO OLIVAR, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Rita Lin, Assistant United States Attorney, appeared before the Court on September 29, 2015, for an initial status hearing. The parties represented that discovery had been provided to the defense and that the defense needed additional time to research and investigate the issues. Defense counsel requested a continuance of the matter.

        The matter was continued to October 27, 2015 at 2:00 p.m. for a change of plea hearing or trial-setting. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between September 29, 2015, and October 27, 2015, to allow defense counsel time to research and investigate the factual issues raised in the discovery produced by the government. The government stated it had no

ORDER EXLUDING TIME
Case No. CR 15-00457 WHA

1 | objection to excluding time.

2 |     Based upon the representation of counsel and for good cause shown, the Court finds that failing
3 | to exclude the time between September 29, 2015, and October 27, 2015, would unreasonably deny the
4 | defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
5 | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The
6 | Court further finds that the ends of justice served by excluding the time between September 29, 2015,
7 | and October 27, 2015, from computation under the Speedy Trial Act outweigh the best interests of the
8 | public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from
9 | and including September 29, 2015, through and including October 27, 2015, shall be excluded from
10 | computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 | DATED: October 1, 2015.

HONORABLE WILLIAM H. ALSUP
United States District Judge

ORDER EXLUDING TIME
Case No. CR 15-00457 WHA