STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant OLIVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-457 WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| PABLO OLIVAR, ) | **U.S.C. § 3161** |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through its attorney of record, and the above-captioned defendant, Pablo Olivar, by and through his attorney of record, hereby stipulate as follows:

1. Defense counsel is unavailable at the date and time of the currently scheduled hearing due to *Daubert* hearings scheduled in *U.S. v. Ryan Chamberlain*, CR No. 14-316. These hearings are scheduled for February 5th and February 8th in front of Judge Chhabria, and are in preparation for a month long trial set to begin February 16, 2016.

2. Due to defense counsel's need to prepare for these *Daubert* hearings, she cannot effectively prepare Mr. Olivar to change his plea.

3. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 15-457 WHA

exclusion of time for the purposes of effective preparation of counsel/continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the status hearing from February 9, 2016 at 2:00 p.m. to February 23, 2016 at 2:00 p.m.

SO STIPULATED:

                                          BRIAN STRETCH
                                          Acting United States Attorney

DATED:       February 4, 2016            _____/s/_____
                                          RITA LIN
                                          Assistant United States Attorney

DATED:       February 4, 2016            _____/s/_____
                                          ELIZABETH FALK
                                          Attorney for Defendant Pablo Olivar

### [~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from February 9, 2016 to February 23, 2016 at 2:00 p.m.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.   Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  February 4, 2016.            _____
                                          THE HONORABLE WILLIAM ALSUP
                                          United States District Judge