1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant OLIVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-457 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING SENTENCING** |
| | ) | |
| PABLO OLIVAR, | ) | June 7, 2016 |
| | ) | 2:00 P.M. |
| Defendant. | ) | The Honorable William H. Alsup |
| | ) | |

The United States of America, by and through its attorney of record, and the above-captioned defendant, Pablo Olivar, by and through his attorney of record, hereby stipulate as follows:

1. Defense counsel is unavailable at the date and time of the currently scheduled sentencing hearing due to a work-related forensic training scheduled for the week of June 6, 2016 in New York City;

2. Mr. Olivar further requests a sentencing continuance due to an urgent medical issue that the Glenn Dyer facility is currently attending to. Mr. Olivar is waiting on a diagnosis and treatment of a large mass growing out of his left side. He is concerned that were the sentencing to proceed as scheduled, he could be moved in the middle of the testing that is scheduled to be done on this mass growth, which would further delay any necessary treatment;

STIPULATION & [PROPOSED] ORDER TO CONTINUE
CR 15-457 WHA

1   Accordingly, due to the reasons stated above, the defense moves in an unopposed stipulation
2   to continue the sentencing hearing from June 7, 2016 at 2:00 p.m. to September 13, 2016 at 2:00
3   p.m.  Probation Officer Michelle Nero has been notified by defense counsel, and has no
4   objection moving the sentencing to this date and time.
5   SO STIPULATED:

                                        BRIAN STRETCH
                                        Acting United States Attorney

DATED:      May 11, 2016                _____/s/_____
                                        RITA LIN
                                        Assistant United States Attorney


DATED:      May 11, 2016                _____/s/_____
                                        ELIZABETH FALK
                                        Attorney for Defendant Pablo Olivar

                              [PROPOSED] ORDER

  For the reasons stated above the Court hereby CONTINUES the sentencing hearing in
the aforementioned case from June 7, 2016 to September 13, 2016 at 2:00 p.m.

       IT IS SO ORDERED.

DATED:  May 13, 2016.                   _____
                                        THE HONORABLE WILLIAM ALSUP
                                        United States District Judge

STIPULATION & [PROPOSED] ORDER TO CONTINUE
CR 15-457 WHA