STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant OLIVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-457 WHA |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONTINUING SENTENCING** |
| ) | |
| PABLO OLIVAR, ) | June 7, 2016 |
| ) | 2:00 P.M. |
| Defendant. ) | The Honorable William H. Alsup |

The United States of America, by and through its attorney of record, and the above-captioned defendant, Pablo Olivar, by and through his attorney of record, hereby stipulate as follows with regards to continuing the sentencing date in the aforementioned case:

1. Mr. Olivar's updated medical records from Alameda County have yet to be received by defense counsel and U.S. Probation, despite diligence on the part of defense counsel requesting the records;

2. Moreover, due to a scheduling conflict between the Probation Officer and defense counsel, Mr. Olivar has yet to be interviewed by U.S. Probation;

3. Accordingly, due to the reasons stated above, the defense moves in an unopposed stipulation to continue the sentencing hearing from September 13, 2016 at 2:00 p.m. to October 11, 2016 at 2:00 p.m.;

4. Probation Officer Michelle Nero has been notified by defense counsel, and has no

objection moving the sentencing to this date and time.

SO STIPULATED:

               BRIAN STRETCH
               Acting United States Attorney

DATED: August 23, 2016      _____/s/_____
               RITA LIN
               Assistant United States Attorney

DATED: August 23, 2016      _____/s/_____
               ELIZABETH FALK
               Attorney for Defendant Pablo Olivar

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the sentencing hearing in the aforementioned case from September 13, 2016 to October 11, 2016 at 2:00 p.m.

IT IS SO ORDERED.

DATED: August 24, 2016.      _____
               THE HONORABLE WILLIAM ALSUP
               United States District Judge